# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BRIAN C. MOORE, | : No. 5 WAP 2015 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court dated December 10, |
| | : 2014 at No. 515 M.D. 2014. |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

AND NOW, this 15th day of June, 2015, the Order of the Commonwealth Court is

**AFFIRMED**.